In the Supreme Court of Georgia

Decided:   September 12, 2016

S16A1354.  DALLOW v. DALLOW.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to

Supreme Court Rule 59.

Affirmed without opinion.  All the Justices concur.